Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

### REQUEST FOR MODIFICATION
### TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER
*Probation Form 49 (Waiver of Hearing) is Attached*
**January 4, 2015**

Name of Offender: **Lorenzo White**

Case Number: **2:15CR00007**

Name of Sentencing Judicial Officer: **Honorable Andrew P. Gordon**

Date of Original Sentence: **May 5, 2015**

Original Offense: **Theft of Government Money**

Original Sentence: **36 Months probation**

Date Supervision Commenced: **May 5, 2015**

### PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

1. **Home Confinement with Location Monitoring** - You shall be confined to home confinement with location monitoring, if available, for an additional period of 2 months.

### CAUSE

In light of White testing positive for Marijuana on several occasions and failing to comply with drug testing, as a controlling measure, this officer requested a modification to the offender's supervision to include four (4) months of placement in the Residential Reentry Center (RRC). As a corrective measure, a condition requiring the offender to participate and successfully complete substance abuse treatment was also recommended. After being advised of his right to a hearing and counsel, Mr. White signed a Waiver to modify his conditions accordingly. On July 27, 2015, the modification was approved by Your Honor to add the following special conditions: Reside in Residential Re-entry Center and Substance Abuse Treatment.

On November 10, 2015, White completed a substance abuse treatment program at Choices Group, Inc. and was discharged successfully. White continues to have random substance abuse

RE: Lorenzo White

Prob12B
D/NV Form
Rev. June 2014

testing and is currently enrolled on code a phone drug testing. Although White has made notable progress and tested negative since the request for modification was made, he was a no show for testing on November 21, 2015, and was verbally admonished for this.

White was advised that due to his substance abuse issues at the beginning of supervision he was facing mandatory revocation; however, this officer requested the Court provide him with an opportunity to have the benefit of treatment which he now has. White was notified that any additional noncompliance with testing or any other conditions of probation and he would be brought back before the Court. White has stated that he understands and plans to cooperate fully with the Probation department to stay in compliance.

Due to the Bureau of Prison's (BOP) restrictions which allowed no bed space to be available for White to complete the Residential Re-entry sanction the condition was never satisfied and still remains outstanding. At this time, since the BOP still has the same restrictions and there is no bed space available now or in the foreseeable future, this officer requests the condition to Reside in the Residential Re-entry Center be removed.

In addition, this officer requests that White's location monitoring be extended for an additional 2 months in place of this removed sanction. White was originally sentenced to 8 months of location monitoring which would then bring him to a total of 10 months of location monitoring. White has agreed to the modification and signed a Waiver to modify his conditions accordingly.

It should be noted, that White has had no violations or issues while on location monitoring and has completed community service and is compliant with his restitution payments.

If you have any additional questions, please do not hesitate to contact the undersigned at (702) 527-7260.

Respectfully submitted,

Donnette L. Johnson
2016.01.07 17:16:15
-08'00'

Donnette Johnson
United States Probation Officer

Approved:

Nancy M. Boulton
2016.01.05 14:39:58
-08'00'

Nancy M. Boulton
Supervisory United States Probation Officer

RE: Lorenzo White

Prob12B
D/NV Form
Rev. June 2014

## THE COURT ORDERS

☐ No Action.

☐ The extension of supervision as noted above.

☑ The modification of conditions as noted above

☐ Other (please include Judicial Officer instructions below):

----------------------------------------------------------------

----------------------------------------------------------------

----------------------------------------------------------------

*[signature]*

Signature of Judicial Officer

January 8, 2016

Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## District of Nevada

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Home Confinement with Location Monitoring** - You shall be confined to home confinement with location monitoring, if available, for an additional period of 2 months.

Witness _____  Signed _____
U.S. Probation Officer              Probationer or Supervised Releasee

_____1-7-16_____
Date